JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JIAN ZHANG, | Case No. CV 18-9799-JFW (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KEVIN K. MCALEENAN, *et al.*, | |
| Defendants. | |

On October 17, 2019, the Court denied plaintiff's motion for summary judgment and granted defendants' cross-motion for summary judgment regarding the denial of plaintiff's I-526 petition. Dkt. No. 53. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of defendants and against plaintiff as to this matter. The Clerk of Court shall close the file.

IT IS SO ORDERED.

DATED:    October 21, 2019

_____
Hon. John F. Walter
United States District Judge